# Court of Appeals
## Tenth Appellate District of Texas

10-25-00286-CR
10-25-00287-CR
10-25-00288-CR

In re Madyson Rae Hendricks

Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

**MEMORANDUM OPINION**

Denise Melendez filed an application for a writ of habeas corpus on behalf of Madyson Rae Hendricks, who is currently being held on three charges for which bail has been set. *See* TEX. CODE CRIM. PROC. art. 11.13. The applications were filed as original proceedings in this Court contending that Madyson Rae Hendricks was being illegally confined and unlawfully restrained in Walker County, Texas pursuant to three warrants.

Original jurisdiction to issue a writ of habeas corpus in a criminal proceeding is limited to the Texas Court of Criminal Appeals, the district courts, and the county courts. *See* TEX. CODE CRIM. PROC. art. 11.05. In the application, Melendez does not allege that she or Hendricks have filed petitions

for a writ of habeas corpus in the trial court from which they are attempting to appeal the trial court's rulings. Because she is seeking direct relief from this Court, we lack jurisdiction in this proceeding. *See Ex parte Twyman*, 716 S.W.2d 951, 952 (Tex. Crim. App. 1986).

The petitions for writ of habeas corpus filed by Denise Melendez on behalf of Madysen Rae Hendricks on August 26, 2025, are dismissed for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

———————————————
LEE HARRIS
Justice

OPINION DELIVERED and FILED: August 28, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
Do not publish
OT06

